UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:17-cv-00253-GCM

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> EMPLOYERS MUTUAL CASUALTY COMPANY, CAROLINA FLOOR SYSTEMS, INC., AP ATLANTIC, INC., ADOLFSON & PETERSON, INC., CW CONSTRUCTION & DEVELOPMENT, LLC, and MILES MCCLELLAN CONSTRUCTION COMPANY, INC., <br><br> Defendants. | ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* AND AFFIDAVIT FOR EZRA S. GOLLOGLY |

THIS MATTER is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit filed by D.J. O'Brien III, concerning Ezra S. Gollogly on May 15, 2017. Mr. **Ezra S. Gollogly** seeks to appear as counsel *pro hac vice* for Plaintiff Hartford Fire Insurance Company. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will **grant** the motion.

IT IS, THEREFORE, ORDERED that in accordance with Local Rule 83.1, the Motion for Admission *Pro Hac Vice* and Affidavit is GRANTED. Mr. Ezra S. Gollogly is hereby admitted *pro hac vice* to represent Plaintiff Hartford Fire Insurance Company.

SO ORDERED.

Signed: May 16, 2017

Graham C. Mullen
United States District Judge