# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Hartford Fire Insurance Company, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00253-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Employers Mutual Casualty Company | ) | |
| CW Construction & Development, LLC | | |
| Carolina Floor Systems, Inc. | | |
| Miles McClellan Construction Company, Inc. | | |
| AP Atlantic, Inc. | | |
| Adolfson & Peterson, Inc., | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 12, 2018 Order.

January 12, 2018

Frank G. Johns, Clerk
United States District Court